Peter A. Romero, Esq.
LAW OFFICE OF PETER A. ROMERO PLLC
103 Cooper Street
Babylon, NY 11702
(631) 257-5588
Promero@RomeroLawNY.com

*Attorneys for Plaintiff*

```
F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAY 12 2017   ★

LONG ISLAND OFFICE
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GREGORIO AQUINO on behalf of himself and
all other persons similarly situated,

                        Plaintiffs,

-against-

JDI LANDSCAPING & DESIGN, INC.,
JOSEPH IADEVAIA LANDSCAPING CORP.
and JOSEPH IADEVAIA,

                        Defendants.
-----------------------------------------------------------------X

17-CV-00188 (SJF)(AYS)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendants.

Date:  Babylon, New York
        May 11, 2017

LAW OFFICE OF PETER A. ROMERO PLLC

By: _____
Peter A. Romero, Esq.
103 Cooper Street
Babylon, New York 11702
(631) 257-5588
promero@romerolawny.com

*Attorneys for Plaintiff*

*[Handwritten:]* The Clerk of the Court is directed to close this case.

SO ORDERED.

s/ Sandra J. Feuerstein
Sandra J. Feuerstein, USDJ
5/12/2017